IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY A EADS,

    Plaintiff,

v.   CASE NO. 1:05-cv-00194-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner's decision denying benefits be affirmed. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that the Administrative Law Judge properly discounted a certain opinion by the treating physician. All of the medical evidence by the treating physician found her able to do sedentary work with some neck restrictions, but the only report that supported her self-reported limitations is the form questionnaire completed by Dr. Depaz for Plaintiff's attorney and in relation to this proceeding. The ALJ properly gave the opinion expressed on that form less weight. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner is AFFIRMED, this action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *1st*   day of May, 2007

                      *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge